# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| KEVIN SONNIER, et al., § | Civil Action No. 3:20-cv-00379 |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | Jury Trial Demanded |
| THE STATE OF TEXAS, § | |
| Defendant. § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

On January 27, 2021 in response to the letter of January 15, 2021, and pursuant to this Court's Local Rule of Practice No. 6, Individual Plaintiffs Kevin Sonnier, *et al.*, who appear individually and on behalf of all persons similarly situated (collectively, "Class Plaintiffs"), filed their First Amended Complaint.

Subsequently Plaintiffs discovered items that needed correction in that document. Plaintiffs provided a copy of their proffered Second Amended Complaint (a copy of which is submitted as Exhibit A hereto) to the State and the State does not oppose its filing.

Plaintiffs therefore request this Court grant leave and order the document submitted as Exhibit A to this motion filed as Plaintiffs' Second Amended Complaint.

Dated: January 29, 2021                                  Respectfully submitted,

/s/ *E. Lawrence Vincent*
Daniel H. Charest, SBN: 24057803
E. Lawrence (Larry) Vincent, SBN: 20585590
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
(469) 904-4550
(469) 444-5002 (fax)
dcharest@burnscharest.com
lvincent@burnscharest.com

Charles Irvine
SBN: 24055716
Mary Conner
SBN: 24050440
IRVINE & CONNER, PLLC
4709 Austin Street
Houston, Texas 77004
(713) 533-1704
(713) 524-5165 (fax)
charles@irvineconner.com
mary@irvineconner.com

Lawrence G. Dunbar
SBN: 06209450
DUNBAR HARDER, PLLC
10590 West Office Drive, Suite 2000
Houston, Texas 77042
(713) 782-4646
(713) 782-5544 (fax)
ldunbar@dunbarharder.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on this 29th day of January, 2021, via e-mail to all counsel of record, pursuant to the Federal Rules of Civil Procedure.

/s/ *Daniel H. Charest*
Daniel H. Charest